IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENZYME CORP. and THE REGENTS OF THE UNIVERSITY OF MICHIGAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 18-1795 (CFC) CONSOLIDATED |
| APOTEX INC. and APOTEX CORP., et al., | ) ) | |
| Defendants. | ) ) | |
| GENZYME CORP. and THE REGENTS OF THE UNIVERSITY OF MICHIGAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 19-1734 (CFC) |
| AIZANT DRUG RESEARCH SOLUTIONS PRIVATE LIMITED, | ) ) ) | |
| Defendant. | ) | |

### [PROPOSED] STIPULATION AND ORDER OF CONSOLIDATION

WHEREAS Plaintiffs Genzyme Corp. and The Regents of the University of Michigan ("Plaintiffs") filed a patent infringement action against Defendant Aizant Drug Research Solutions Private Limited ("Aizant") on November 20, 2018 (C.A. No. 18-837-CFC) related to Aizant's filing of ANDA No. 212463 to market a generic version of the product CERDELGA®;

WHEREAS C.A. No. 18-837-CFC was consolidated for all purposes into C.A. 18-1795-CFC, *Genzyme Corp., et al, v. Apotex Corp., et al*, C.A. No. 18-1795-CFC on February 4, 2019.

WHEREAS on September 16, 2019 Plaintiffs filed an additional patent infringement action against Aizant related to the same ANDA (C.A. No. 19-1734-CFC);

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that C.A. No. 19-1734-CFC is consolidated for all purposes with the cases consolidated in C.A. No. 18-1795-CFC, and all papers shall filed in C.A. No. 18-1795-CFC;

The parties shall be bound by the Scheduling Order entered on February 4, 2019 (C.A. 18-1795-CFC, D.I. 18).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Derek J. Fahnestock* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Genzyme Corporation and The Regents of the University of Michigan* | Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant Aizant Drug Research Solutions Private Limited* |

October 9, 2019

SO ORDERED this _____ day of October, 2019.

_____
United States District Judge