IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENZYME CORP. and THE REGENTS OF THE UNIVERSITY OF MICHIGAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1795 (CFC) CONSOLIDATED |
| APOTEX INC. and APOTEX CORP., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), that Plaintiffs Genzyme Corp. and The Regents of the University of Michigan and Defendant Zenara Pharma Private Limited respectfully request that the Court enter the Dismissal Order attached hereto.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Derek J. Fahnestock* | */s/ Christine D. Haynes* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Derek J. Fahnestock (#4705) | Christine D. Haynes (#4697) |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| dfahnestock@mnat.com | haynes@rlf.com |
| *Attorneys for Genzyme Corporation and The Regents of the University of Michigan* | *Attorneys for Defendant Zenara Pharma Private Limited* |

November 26, 2019