IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENZYME CORP. and THE REGENTS OF THE UNIVERSITY OF MICHIGAN, </br></br>Plaintiffs, </br></br>v. </br></br>APOTEX INC. and APOTEX CORP., et al., </br></br>Defendants. | ) ) ) ) ) ) ) C.A. No. 18-1795 (CFC) ) CONSOLIDATED ) ) ) ) |

**DISMISSAL ORDER**

The Court, at the request of the Genzyme Corp. and The Regents of the University of Michigan ("Plaintiffs") and Defendant Zenara Pharma Private Limited ("Zenara"), hereby issues the following Dismissal Order:

1. Each of Plaintiffs' claims against Zenara with respect to the patents-in-suit is hereby dismissed with prejudice.

2. Each of Zenara's counterclaims with respect to the patents-in-suit is hereby dismissed with prejudice.

3. Plaintiffs and Zenara are each to bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge